IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. 15-602-1 |
| DAVID M. DUNHAM, JR. | |

**ORDER**

**AND NOW**, this 1st day of June, 2021, upon consideration of Defendant Dunham's Renewed Motion for Continued Release Pending Appeal (Docket No. 305), and the Government's opposition thereto, as well as all replies, it is hereby **ORDERED** that Defendant Dunham's Motion for Continued Release is **DENIED**. It is further **ORDERED** that Defendant Dunham shall surrender to the institution designated by the Bureau of Prisons on June 25, 2021, as previously ordered.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.