IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-602-1 |
| v. | |
| DAVID M. DUNHAM, JR. | |

## **ORDER**

**AND NOW**, this 29th day of March, 2024, it is hereby **ORDERED** that Doc. 327 is filed **UNDER SEAL** pending further discussion with counsel.

                              **BY THE COURT:**

                              /s/ Jeffrey L. Schmehl
                              Jeffrey L. Schmehl, J.